UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MCKINNLEY,

        **Plaintiff,**

        **v.**

        **CPT USA,**

        **Defendant,**

—————————————————————x

1:26 CV 3915 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

Defendant's answer was due June 18, 2026. The answer is now overdue. Defendant is ordered to answer by June 24, 2026 or else can indicate whether they are actively pursuing settlement and need more time. If Defendant needs help settling, indicate so, as the Court has multiple resources.

If Defendant fails to answer or otherwise indicate that they are pursuing settlement, they risk default judgment being entered.

**SO ORDERED.**

Dated:  6/22/26
       _____

    New York, New York

_____

ANDREW L. CARTER, JR.
United States District Judge