**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**MCKINNLEY,**

**Plaintiff,**

**-against-**

**CPT USA, LLC,**

**Defendants.**

**26-cv-03915 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On September 1, 2026, CPT USA, LLC submitted a letter on behalf of both parties requesting 45 days for the parties to attempt to reach a resolution. ECF No. 16 This Court granted that request and ordered a joint status report to be filed by October 16, 2026. To date, the Court has not received an update on settlement discussions.

The parties are ORDERED to file a joint status report on or before Friday, October 23, 2026.

**SO ORDERED.**

Dated: October 19, 2026
New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**