**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **MCKINNLEY,**<br><br>**Plaintiff,**<br><br>**-against-**<br><br>**CPT USA, LLC,**<br><br>**Defendants.** | **26-cv-03915 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties are ORDERED to submit a joint status report as to settlement by December 2, 2026. The Parties should indicate if they feel that assistance from the Court would be helpful in reaching a settlement.

**SO ORDERED.**

Dated: October 23, 2026
New York, New York

Andrew L Carter Jr

**ANDREW L. CARTER, JR.**
**United States District Judge**